**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**UNITED STATES OF AMERICA**

v.                                                    **CRIMINAL NO. 3:24-cr-51-DMB-RP-1**

**WILLIE B. HAYES**

### ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest. The Office of the Federal Public Defender contacted **Thomas C. Levidiotis** on **May 29, 2024,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Thomas C. Levidiotis** ha**s** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Thomas C. Levidiotis** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 29th day of May, 2024.

                                             /s/ Jane M. Virden
                                             UNITED STATES MAGISTRATE JUDGE